**Abatement Order filed March 18, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00043-CR

_____

**HUNG PHUOC LE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1371912**

## ORDER

According to information provided to this court, appellant is not represented by counsel in this appeal. Our record contains appellant's request for appointment of counsel and an order from the trial court finding appellant indigent for purposes of hiring counsel and preparation of the record. The order does not contain an appointment of counsel, however. In addition, no reporter's record has been filed in this case. Walter Johnson, a substitute court reporter, informed this court that appellant had not made arrangements for payment for the reporter's record. *See*

Tex. R. App. P. 37.3(c)(2)(A). Accordingly, we enter the following order. *See* Tex. R. App. P. 35.3(c).

We **ORDER** the judge of the 185th District Court to determine whether appellant is entitled to a free record and appointed counsel on appeal. The judge shall appoint appellate counsel for appellant if necessary. The judge may conduct a hearing if necessary and shall order the trial clerk to forward a record of any hearing and a supplemental clerk's record containing the court's order regarding the appointment of counsel and preparation of the reporter's record. These records shall be filed with the clerk of this court on or before **April 18, 2014.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM